IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |  |
|---|---|---|
| JOSEPH LODUCA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:21-CV-01691-CRE |
| | ) | |
| vs. | ) | |
| | ) | |
| SUNDAR PICHAI, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

## **ORDER**

AND NOW, this 14th day of July, 2022,

Upon consideration of Defendant's motion to dismiss ECF No. 2, said motion is granted and Plaintiff's claim for common law copyright law is dismissed with prejudice, his claim for a Copyright Act violation is dismissed without prejudice and his claim for unauthorized use of name or likeness under Pennsylvania law is dismissed without prejudice.  Plaintiff may seek leave to file an amended complaint by **July 28, 2022**.  Failure to seek leave to file an amended complaint by that date will result in Plaintiff's claims being dismissed with prejudice.

By the Court:

s/ Cynthia Reed Eddy
Cynthia Reed Eddy
Chief United States Magistrate Judge

cc:   JOSEPH LODUCA
      QE-9661
      SCI MERCER
      801 BUTLER PIKE
      MERCER, PA 16137

      all registered counsel *via CM-ECF*

Case 2:21-cv-01691-CRE   Document 29   Filed 07/14/22   Page 2 of 2